# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1238. KEISHONNA NELLOMS v. SHAMEKA DANIEL.

Shameka Daniel filed a wrongful death action against Malachi Henderson and Keishonna Nelloms. On August 15, 2024, following an evidentiary hearing on damages, the trial court entered a final default judgment in the amount of $9,597,200. Nelloms filed a notice of appeal on November 18, 2024. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, Nelloms filed her notice of appeal 95 days after entry of the order she seeks to appeal. Because the notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/14/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*